Matter of Bravia Capital Hong Kong Ltd. v Reed (2023 NY Slip Op 06464)

Matter of Bravia Capital Hong Kong Ltd. v Reed

2023 NY Slip Op 06464

Decided on December 14, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 14, 2023

Before: Manzanet-Daniels, J.P., Oing, Moulton, Shulman, Rosado, JJ. 

Index No. 652320-21 Appeal No. 1241 Case No. 2023-05119 

[*1]In re Bravia Capital Hong Kong Ltd., Petitioner,
v
Hon. Robert R. Reed, Respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
And said proceeding having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated December 6, 2023,
It is unanimously ordered that the application be and the same hereby is deemed withdrawn in accordance with the terms of the aforesaid stipulation, without costs or disbursements.
ENTERED: December 14, 2023